UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

Augusta  Division

**FILED**
**U.S. DISTRICT COURT**
**AUGUSTA DIV.**

**2015 JUN 24  AM 11: 30**

CLERK _____

SO. DIST. OF GA.

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| Windsor Webb Hodge | ) Case No:  CR111-00271-001 |
|  | ) USM No: 17088-021 |
| Date of Original Judgment: February 29, 2012 | ) Kirk Emerson Gilliard |
| Date of Previous Amended Judgment: Not Applicable | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Any)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   February 29, 2012,   shall remain in effect.

**IT IS SO ORDERED.**

Order Date: ____6/24/2015____

_____
Judge's signature

Effective Date:

November 1, 2015

*(if different from order date)*

J. Randal Hall
United States District Judge
_____
*Printed name and title*